FILED ✓  LODGED ___
RECEIVED ___  COPY ___

NOV 0 1 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | NO.  CR-16-01319-PHX-NVW(ESW) |
| v. | **INDICTMENT** |
| Jose Meza-Ortega,<br>a.k.a.: Jose Eduardo Meza-Ortega,<br>a.k.a.: Jose Armando Meza-Ortega, | VIO:  8 U.S.C. § 1326(a) and (b)(1)<br>(Reentry of Removed Alien) |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about April 10, 2014, at or near Phoenix, in the District of Arizona, JOSE MEZA-ORTEGA, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 8, 2013, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  November 1, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/
JILLIAN BESANCON
Assistant U.S. Attorney